UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
Albert Pfeiffer and )  Case No. 10-80160C-7D
Sherry Holder Pfeiffer, )
)
Debtors. )
)

ORDER

This case came before the court on May 12, 2010, for consideration of a reaffirmation agreement between the Debtors and World Omni Financial Corporation. Under section 524(c)(3) of the Bankruptcy Code, a reaffirmation agreement is enforceable only if such agreement is accompanied by a declaration or an affidavit of the attorney that represented the debtor during the course of negotiating the reaffirmation agreement. The reaffirmation agreement in this case is not accompanied by such a declaration or affidavit. The reaffirmation agreement, therefore, does not comply with the requirement of section 524(c)(3). It follows that the reaffirmation agreement must be adjudged unenforceable.

IT IS SO ORDERED.

This 12th day of May, 2010.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST

Albert & Sherry Pfeiffer
108 Fallingleaf Drive
Raeford, NC 28376

Edward C. Boltz, Esq.
1738-D Hillandale Road
Durham, NC 27705

World Omni Financial Corp.
P.O. Box 70832
Charlotte, NC 28272-0832


Michael D. West, Bankruptcy Administrator